1:24-cr-00018-LEW

## Synopsis

| | |
|---|---|
| **Name:** | Lucas Landry |
| **Address:** (City & State Only) | Smyrna, Maine |
| **Year of Birth and Age:** | 44; 1979 |
| **Violations:** | Arson, 18 U.S.C. § 844(i) |
| **Penalties:** | Imprisonment of not less than 5 years and not more than 20 years (a Class C Felony – 18 U.S.C. § 3559(a)(3)) pursuant to 18 U.S.C. § 844(i); Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); or both |
| **Supervised Release:** | Not more than three years.  18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years.  18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than three years less any term of imprisonment imposed.  18 U.S.C § 3583(h) |
| **Defendant's Attorney:** | Jamie Nixon |
| **Primary Investigative Agency and Case Agent Name:** | Kevin Connelly, ATF |
| **Detention Status:** | Currently in state custody on unrelated charges; warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Penobscot |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |

1

| **Assessments:** | $100.00; 18 U.S.C. § 3013(a)(2)(A) |